UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARELL BROWN; RICARDO BURTON; and ELAINE DEAN, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WHALECO INC. d/b/a TEMU, <br><br> *Defendant*. | Case No. 1:24-CV-12537-WGY |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOT O. JACKSON ON BEHALF OF PLAINTIFFS AND THE PUTATIVE CLASS

William F. Sinnott, as a member in good standing of the Massachusetts Bar and of the Federal district courts of the Commonwealth of Massachusetts, respectfully moves this Honorable Court for the admission of Elliot O. Jackson, Esquire, to practice law *pro hac vice* before this Court in this matter. As grounds, therefore, the Undersigned hereby certifies, and states as follows:

1. William F. Sinnott (the "Undersigned") is a member in good standing of the Massachusetts Bar and has been licensed to practice law before the Courts of the Commonwealth of Massachusetts since 1985;

2. The Undersigned is admitted to practice law before the Federal District Courts for the Commonwealth of Massachusetts;

3. The Undersigned intends to act as local counsel in this matter for Plaintiffs. As such, the Undersigned seeks to have attorney Elliot O. Jackson admitted *pro hac vice* to serve as co-counsel for Plaintiffs;

4. Elliot O. Jackson, Esquire is a member in good standing of the bars for the State of Florida and New York and has been a member of such state bars since February 2022 and November 2023 respectively, *see* Exhibit 1 annexed hereto;

5. Elliot O. Jackson, Esquire is a member in good standing of every jurisdiction where he has been admitted to practice law.

6. Elliot O. Jackson, Esquire has no disciplinary proceedings pending against him;

7. Elliot O. Jackson, Esquire, has familiarized himself with the local rules for the U.S. District Court for the District of Massachusetts; and

8. The address for Elliot O. Jackson, Esquire, is as follows:

Elliot O. Jackson
Florida Bar No. 1034536
New York Attorney Reg. No. 6076798
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

**WHEREFORE**, William F. Sinnott, Esquire, hereby moves this Honorable Court for the grant of an order allowing Elliot O. Jackson, Esquire, to appear *pro hac vice* in this matter.

By: /s/ *William F. Sinnott*
William F. Sinnott, BBO #547423
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
wsinnott@hinckleyallen.com
Tel: (617) 345-9000
Fax: (617) 345-9020

ATTORNEY FOR PLAINTIFFS