

28 State Street
Boston, MA 02109

p: 617-345-9000   f: 617-345-9020
hinckleyallen.com

William F. Sinnott
wsinnott@hinckleyallen.com
Direct (617) 378-4159

October 9, 2024

USDC
District of Massachusetts
One Courthouse Way
Boston, MA  02210

      Re:    Brown vs. Whaleco, Inc.
            No.:  1:24-cv-12537 WGY

Dear Clerk:

    I filed two Motions in the above matter today and the filing fee was accepted for the Pro Hac Vice Motion on behalf of Elliot Jackson; however, it looks like the filing fee did not go through for the Pro Hac Vice Motion on behalf of Arun Ravindran.  In view of that, I am paying the filing fee now.

    Thank you very much for your attention to this matter.

Very truly yours,

William F. Sinnott

WFS:vmp