AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| JARRELL BROWN AND RICARDO BURTON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-12537-WGY |
| WHALECO INC. d/b/a TEMU | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Whaleco Inc. d/b/a Temu                                      .

Date:  12/06/2024                                   /s/ R. Nicholas Perkins
                                                           *Attorney's signature*

                                         R. Nicholas Perkins (BBO No. 705758)
                                              *Printed name and bar number*

                                         MANATT, PHELPS & PHILLIPS, LLP
                                         One Beacon Street, Suite 28-200
                                         Boston, MA 02108
                                                           *Address*

                                         NPerkins@manatt.com
                                                      *E-mail address*

                                         (617) 646-1444
                                                    *Telephone number*

                                                      *FAX number*