# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JARELL BROWN and RICARDO BURTON, *individually and on behalf of all others similarly situated,*<br><br>                    Plaintiffs,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>                    Defendant. | Case No.: 1:24-cv-12537-WGY |

## NOTICE OF RESOLUTION

Plaintiffs Jarrell Brown and Ricardo Burton ("Plaintiffs"), for themselves and on behalf of Defendant Whaleco Inc. d/b/a Temu (individually, "Defendant," and together with Plaintiffs, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter, on an individual (*i.e.*, non-class) basis.  The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days.  In the meantime, Plaintiffs, on behalf of the Parties, respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: December 19, 2024

Respectfully Submitted,

By:      /s/ *William F. Sinnott*
William F. Sinnott, Esquire (BBO# 547423)
HINCKLEY, ALLEN & SNYDER, LLP
28 State Street
Boston, MA 02109
Telephone: (617) 345-9000
Facsimile: (617) 345-9020
Email: wsinnott@hinckleyallen.com

By:    /s/ *Arun G. Ravindran*
Arun G. Ravindran, Esquire
(*admitted Pro Hac Vice*)
HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: aravindran@hedinllp.com


By:    /s/ *Elliot O. Jackson*
Elliot O. Jackson, Esquire
(*admitted Pro Hac Vice*)
HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: ejackson@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

On December 19, 2024, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to all registered participants.

/s/ *William F. Sinnott*
William F. Sinnott

2